No. 9368. STATE ex rel. DOUGLAS MARKEGARD et al., RELATORS, *v.* JOHN E. HENRY, ET AL., RESPONDENTS.

265 Pac. (2d) 660.

Decided Dec. 8, 1953.

*Sandall & Moses, Charles F. Moses,* Billings, for Relator.

Per Curiam.

On application made in open court by relators' counsel Charles F. Moses, leave is hereby granted him to withdraw from the files of the clerk of this court all papers other than the original affidavit and petition for alternative writ of mandamus and relators' original brief; and

It is further ordered that this proceeding be, and it is, dismissed without prejudice.